<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</td></tr>
<tr><td>

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PATRICK O. LACSINA LAW OFFICES
215 N. 5th Street, Suite 1
Harrison, NJ 07029
Tel. No. 973-485-3584
Fax No. 973-741-2395
Attorney Bar ID: PL-8985

Attorneys for **Community Dream Living Inc.**

</td><td></td></tr>
<tr><td>

In Re:  **Alva M. Muhammad; Debtor**

**Alva M. Muhammad,**
**Plaintiff.**
**v.**
**U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition; and Community Dream Living, Inc. Defendants**

</td><td>

Case No: 22-17472
Adversary Proceeding No. **25-01107-TBA**

Chapter: 13

</td></tr>
</table>

## ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT AND COUNTERCLAIM

Defendant Community Dream Living Inc. ("Defendant"), by and through its undersigned counsel files its Answer to Plaintiffs', Alva M. Muhammad, ("Plaintiff/Debtor"), Complaint to Avoid Essex County Sheriff Foreclosure Sale Pursuant to 11 U.S.C. 522(h).

### PARTIES

1. Admitted.

2. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

3. Admitted.

### JURISDICTION AND VENUE

4. Admitted.

5. Admitted

6. Admitted

## STATEMENT OF FACTS

7. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

8. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

9. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

10. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

11. Admitted.

12. Admitted

13. Admitted.

14. Admitted.

15. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

16. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

17. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

18. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

19. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

20. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

21. Admitted.

## FIRST COUNT

22. The allegations set forth in this paragraph do not constitute statements of fact, and Defendant therefore denies them

23. Denied.

24. Denied.

25. Denied.

WHEREFORE, Defendant Community Dream Living Inc. respectfully requests this Court to dismiss the Plaintiff/Debtor's Complaint; and for such other and further relief as the Court may deem just and proper.

## COUNTERCLAIM

Defendant Community Dream Living Inc. ("Defendant"), by and through its undersigned counsel files its Counterclaim against Plaintiff Alva M. Muhammad to Confirm the Essex County Sheriff Foreclosure Sale.

## PARTIES

1. Community Dream Living Inc. is the successful purchaser of the real property located at 248 Ogden Street, Orange, NJ 0705, Essex County, New Jersey (the "Property"), at the duly conducted Sheriff's Sale held on 1/21/2025.

2. Plaintiff/Debtor is the former record owner of the Property.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

4. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

## STATEMENT OF FACTS

5. On 2/15/2022, Final Judgment of Foreclosure was entered in favor of U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition, against Plaintiff/Debtor, with respect to the Property under Foreclose Docket F-011577-19.

6. Pursuant to the Final Judgment, the Essex County Sheriff exposed the Property for sale at public auction on 1/21/2025.

7. Community Dream Living Inc. was the highest bidder at the Sheriff Sale and tendered the required deposit.

8. Community Dream Living Inc.is a bona fide purchaser for value without notice of any defect or claim that would impair its ownership of the Property.

9. Plaintiff/Debtor has filed the within Adversary Complaint seeking to avoid the foreclosure sale.

10. Plaintiff has not redeemed the mortgage.

11. Community Dream Living Inc. is ready, willing, and able to consummate the Sheriff Sale.

**FIRST COUNT**
Confirmation of Sheriff's Sale

12. Community Dream Living Inc. repeats and realleges the foregoing paragraphs as though fully set forth herein.

13. The Sheriff Sale of the Property was conducted in accordance with New Jersey law and applicable court orders.

14. Community Dream Living Inc. has acquired legal and equitable title to the Property by virtue of the Sheriff's Deed.

15. Plaintiff/Debtor has no right, title, or interest in the Property, nor any basis to void the Sheriff Sale.

16. Community Dream Living Inc. is entitled to a declaration confirming that the Sheriff Sale was valid and effective, and that Community Dream Living Inc. is the lawful owner of the Property.

**WHEREFORE,** Defendant/Counterclaimant Community Dream Living Inc. respectfully requests that this Court enter judgment in its favor:

A. Confirming the validity of the Sheriff's Sale of the Property;

B. Dismissing Plaintiff/Debtor's Complaint with prejudice; and

C. Granting such other and further relief as the Court deems just and proper.

**Patrick O. Lacsina Law Offices, LLC**
215 N. 5th Street, Suite 1
Harrison, NJ 07029
Date: **September 9, 2025**          Tel. 973-485-3584
Fax. 973-741-2395

By: /S/Patrick O. Lacsina, Sr.
      Patrick O. Lacsina, Sr. Esq.
      Bar ID: PL-8985
      POL@POLLAWLLC.COM