**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Linwood A. Jones - Bar #:  008761979
7 Glenwood Avenue, Suite 414B
East Orange, NJ 07017
O: 973-676-7439
F: 973-674-8043
E-Fax: 888-413-5141
E-Mail: linwoodjonesesq@gmail.com
Attorney for Alva M. Muhammad, Debtor

In the matter of:

ALVA M.  MUHAMMAD,

                            Debtor,

ALVA M.  MUHAMMAD,

                            Plaintiff,

v.

U.S. BANK TRUST NATIONAL ASSOCIATION
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR RCF 2
ACQUISITION TRUST AND COMMUNITY
DREAM LIVING, INC.,

                            Defendants.

Case No.:        22-17472-MEH

Adversary No.:  25-01107-MEH

Chapter:          13

Hearing Date:

Judge:          Hon.  Mark E. Hall

**ANSWER TO COUNTERCLAIM**
**OF COMMUNITY DREAM**
**LIVING**

Plaintiff/Debtor Alva Muhammad, by way of answer to the counterclaim of defendant Community Dream Living, Inc.says:

1.      Plaintiff admits the portion of  Paragraph One alleging that Community Dream Living, Inc. had purchased real property located at 248 Ogden Street, Orange, NJ at a Sheriff Sale on 1/21/25 but denied that portion of Paragraph One alleging that the sale was "duly conducted."

2.	Plaintiff admits the allegations of Paragraph Two.

3.	Plaintiff admits the allegations of Paragraph Three.

4.	Plaintiff admits the allegations of Paragraph Four.

5.	Plaintiff admits the allegations of Paragraph Five.

6.	Plaintiff denies the allegations of Paragraph Six.

7.	Plaintiff is without sufficient information to form a belief regarding the truth or falsity of the allegations regarding Paragraph Seven.

8.	Plaintiff denies the allegations of Paragraph Eight.

9.	Plaintiff admits the allegations of Paragraph Nine.

10.	Plaintiff admits the allegations of Paragraph Ten.

11.	Plaintiff is without sufficient information to form a belief regarding the truth or falsity of the allegations regarding Paragraph Eleven.

12.	Plaintiff repeats and realleges the foregoing paragraphs as though fully set forth herein.

13.	Plaintiff is without sufficient information to form a belief regarding the truth or falsity of the allegations regarding Paragraph Thirteen.

14.	Plaintiff denies the allegations of Paragraph Fourteen.

15.	Plaintiff denies the allegations of Paragraph Fifteen.

16.	Plaintiff denies the allegations of Paragraph Sixteen.

WHEREFORE, Plaintiff request judgment:

A.	Avoiding the involuntary transfer of the property to Defendant Community Dream Living, Inc. pursuant to 11 U.S.C. 522(h);

B.	Recovering and restoring the Property on behalf of Plaintiff and her estate pursuant to 11 U.S.C. § 550 and 11 U.S.C. § 551;

C.	Awarding costs to Plaintiff;  and

D.	Such further relief as the Court may deem just and equitable.

Dated: September 29, 2025

/s/ Linwood A. Jones
Linwood A. Jones
Attorney for Plaintiff