UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Linwood A. Jones - Bar #:  008761979
7 Glenwood Avenue, Suite 414B
East Orange, NJ 07017
O: 973-676-7439
F: 973-674-8043
E-Fax: 888-413-5141
E-Mail: linwoodjonesesq@gmail.com
Attorney for Alva Muhammad, Debtor

In Re:

ALVA M MUHAMMAD,

                                    Debtor.

| | |
|---|---|
| Case No.: | 22-17472-MEH |
| Chapter: | 13 |
| Adv. No.: | 25-01107-MEH |
| Hearing Date: | |
| Judge: | Hall |

## CERTIFICATION OF SERVICE

1.  I, _____Linwood A. Jones, Esq._____ :

    ☒ represent _____Alva Muhammad_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____9/29/2025_____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    Answer to Counterclaim of Community Dream Living, Inc. and Certification of Service.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: ____9/29/2025____                    /s/ Linwood A. Jones_____
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ  07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kenneth J. Borger, Esq.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004 | Attorney for Defendant U.S. Bank Trust National Association | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Guillermo Argote<br>Community Dream Living, Inc.<br>67 Elmora Avenue<br>Elizabeth, NJ 07202 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick O. Lacsina Law Offices<br>215 N. 5th Street- Suite 1<br>Harrison, NJ 07029 | Attorney for Defendant Community Dream Living, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2