UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg NJ Atty #030931994
1949 Berlin Road
Suite 200
Cherry Hill, N.J. 08003-3737
(856) 770-0990
COURT APPOINTED MEDIATOR

In Re:
Plaintiff,
Alva M. Muhammad,
v.
Defendant(s),
U.S. Bank Trust National Association not in its

Case No.: 22-17472

Adv. Pro. No.: 25-1107-meh

Chapter: 13

Judge: Hon. Mark E. Hall

**MEDIATION REPORT**

By order of this court dated 8/25/26, this matter was referred to mediation.

1. A settlement of this matter:

☒ was reached ☐ was not reached

2. [*If a settlement was reached:*] The party designated to file the settlement document(s) is: Linwood Jones, Esq. [*identify party by name*]. The settlement document(s) will be filed on or before 10/1/26 [*date*].

3. Resolution of Adversary Proceeding:

☒ All outstanding issues have been resolved and the parties are directed to file appropriate documents to effectuate dismissal and closure of the case.

☐ There are issues that have not been resolved and the case shall remain open.

☐ The matter addressed by mediation does not apply to an adversary proceeding.

Dated: 9/30/26

/s/ Adam D. Greenberg
Mediator's Signature