Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re: Alva M Muhammad
Debtor

Case No.: 22−17472−MEH
Chapter 13

Alva M Muhammad
Plaintiff

v.

U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST
Defendant

Adv. Proc. No. 25−01107−MEH

Judge: Mark Edward Hall

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on October 5, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 23
SETTLEMENT AGREEMENT AND CONSENT ORDER. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/5/2026. (mff)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 5, 2026
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Muhammad,
Plaintiff
Adv. Proc. No. 25-01107-MEH

U.S. BANK TRUST NATIONAL ASSOCIATION NOT,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Oct 05, 2026 | Form ID: orderntc | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| md | + | Adam Greenberg, Esq. (Mediator), 1949 Haddonfield-Berlin Rd., #200, Cherry Hill Township, NJ 08003-2077 |
| pla | + | Alva M Muhammad, 248 Ogden Street, Orange, NJ 07050-3225 |
| dft | + | Community Dream Living, Inc., 67 Elmora Avenue, Elizabeth, NJ 07202-1632 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Alva M Muhammad, 248 Ogden Street, Orange, NJ 07050-3225 |
| cc | *+ | Community Dream Living, Inc., 67 Elmora Avenue, Elizabeth, NJ 07202-1632 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Mediator Adam Greenberg Esq. (Mediator) agreenberg@hgllclaw.com, btemple@hgllclaw.com |
| Kenneth Borger, Jr | on behalf of Defendant U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST kborger@raslg.com |
| Linwood A. Jones | |

| | |
|---|---|
| | on behalf of Plaintiff Alva M Muhammad linwoodjonesesq@gmail.com jones.linwooda.r102478@notify.bestcase.com |
| Linwood A. Jones | on behalf of Counter-Defendant Alva M Muhammad linwoodjonesesq@gmail.com jones.linwooda.r102478@notify.bestcase.com |
| Patrick O. Lacsina | on behalf of Counter-Claimant Community Dream Living Inc. notices@pollawllc.com, PATRICK.LACSINA@GMAIL.COM |

TOTAL: 5